UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER SHAWN JOHNSON, | Case No. C13-533-RSL |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| ROBERT HERZOG, et al., | |
| Respondents. | |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Respondents' motion to dismiss, Dkt. 14, is GRANTED, and petitioner's habeas petition, Dkt. 6, is TRANSFERRED to the Ninth Circuit Court of Appeals for consideration as an application for leave to file a successive petition.

ORDER OF DISMISSAL
PAGE - 1

(3) The Clerk is directed to send copies of this Order to counsel for the parties and to Judge Donohue.

Dated this 19th day of September, 2013.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL
PAGE - 2