1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

CHRISTOPHER SHAWN JOHNSON,           Case No. C13-533-RSL

12

                    Petitioner,              ORDER OF DISMISSAL

13

14                  v.

15  ROBERT HERZOG, et al.,

16                  Respondents.

17

18          The Court, after careful consideration of petitioner's 28 U.S.C. § 2254 petition for writ

19  of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the

20  governing authorities and the balance of the record, does hereby find and ORDER:

21          (1)     The Court adopts the Report and Recommendation.

22          (2)     Respondents' motion to dismiss, Dkt. 14, is GRANTED, and petitioner's habeas

23  petition, Dkt. 6, is TRANSFERRED to the Ninth Circuit Court of Appeals for consideration as

24  an application for leave to file a successive petition.

25

26

ORDER OF DISMISSAL
PAGE - 1

1          (3)     The Clerk is directed to send copies of this Order to counsel for the parties and

2   to Judge Donohue.

3

4          Dated this 19th day of September, 2013.

5

6                                                    *MNt S Lasnik*

7                                                    ROBERT S. LASNIK
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL
PAGE - 2